■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME BARON, Appellant. [3 NYS3d 626]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered June 21, 2012, convicting him of burglary in the second degree, petit larceny, and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that his guilt was not established beyond a reasonable doubt. Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Wright*, 129 AD2d 600 [1987]). Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Hall, Miller and Duffy, JJ., concur.